BRYAN SCHRODER
United States Attorney

DUSTIN M. GLAZIER
SETH M. BEAUSANG
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Dustin.Glazier@usdoj.gov
Seth.Beausang@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ESTHER HORSCHEL,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID BERNHARDT, SECRETARY OF THE DEPARTMENT OF THE INTERIOR,<br><br>Defendant. | Case No. 4:18-cv-00006-HRH |

# DECLARATION OF STEVEN N. SCORDINO

I, Steven N. Scordino, declare under penalty of perjury that the following is true:

1. I am an attorney for the Department of Interior ("DOI") and was one of the attorneys that represented DOI in connection with formal complaints of employment discrimination filed by Esther Horschel ("Plaintiff").

2. I am aware that in the current federal court litigation, at Dkt. 93-1, Plaintiff's attorney Mr. Sparks submitted an affidavit to the Court swearing that Plaintiff "has been ill and unable to assist me with this case since the Defense Medical Examination in February 2020," that she has therefore been unable to assist with "interrogatory verifications and responses requested by Defendant," and further swearing that Plaintiff "has previously been a very intelligent and helpful client during the nine years that I have been working with her on her administrative discrimination complaints that lead to the filing of this case." Dkt. 93-1 ¶¶ 2-3. I am also aware that Plaintiff has submitted a letter from a Dr. Hopper dated June 30, 2020, in which Dr. Hopper states that Plaintiff has been unable to complete interrogatory responses and that it "will be some time ... months I imagine, before [Plaintiff] can be of much help to her own attorney." Dkt. 68-1 at 10.

3. During litigation before the Equal Employment Opportunity Commission in EEOC Case No. 551-2013-00141X that I was involved in,

Horschel v. Bernhardt
Case No. 4:18-cv-00006-HRH    2

Plaintiff also claimed through her attorney, Mr. Sparks, that she was unable to sign verifications of responses to interrogatories served by DOI due to mental health reasons, forcing DOI to file a motion to compel verifications from Plaintiff. Attached are the doctor's notes Plaintiff submitted in the EEOC case claiming she needed more time to complete interrogatory responses for mental health reasons.

Date: 11/04/2020

*Steven S. Cordino*
Attorney, Department of Interior

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2020,
a copy of the foregoing was served electronically
on:

Robert A. Sparks

s/ Seth M. Beausang
Office of the U.S. Attorney

*Horschel v. Bernhardt*
Case No. 4:18-cv-00006-HRH         3