BRYAN SCHRODER
United States Attorney

DUSTIN M. GLAZIER
SETH M. BEAUSANG
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Dustin.Glazier@usdoj.gov
Seth.Beausang@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ESTHER HORSCHEL,<br><br>    Plaintiff,<br><br> vs.<br><br>DAVID BERNHARDT,<br>SECRETARY OF THE<br>DEPARTMENT OF THE<br>INTERIOR,<br><br>    Defendant. | Case No. 4:18-cv-00006-HRH |

**DEFENDANT'S MOTION TO QUASH SUBPOENA FOR MARLENE ENO-HENDREN DEPOSITION**

Defendant moves to quash a subpoena served by Plaintiff on Defendant on October 29, 2020, for a deposition of Defendant's employee, Marlene Eno-

Hendren, scheduled for November 17, 2020. As explained in Defendant's opposition to Plaintiff's most recent extension of time to provide discovery (Dkt. 96), even though the Court extended the discovery period this summer to allow Plaintiff time to recover her mental health and finally respond to the Defendant's interrogatories, overdue for more than a year, Plaintiff has taken advantage of the Court's accommodation to serve new written discovery requests on Defendant since the Court's order, and notice a new deposition, even as she fails to meet her own discovery obligations. The Court should not allow Plaintiff to continue to take discovery of Defendant while Plaintiff is purportedly not able to meet her own discovery obligations.

For all of these reasons, the Court should quash Plaintiff's subpoena for the deposition of Marelene Eno-Hendren, scheduled for November 17, 2020. A proposed order is filed herewith.

RESPECTFULLY SUBMITTED this 9th day of November 2020, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Seth M. Beausang
SETH M. BEAUSANG
Assistant U.S. Attorney
Attorney for Defendant

*Horschel v. Bernhardt*
*4:18-cv-00006-HRH*       Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2020,
a true and correct copy of the foregoing
was served electronically on the following:

Robert A. Sparks

<u>s/ Seth M. Beausang</u>
Office of the U.S. Attorney

*Horschel v. Bernhardt*
*4:18-cv-00006-HRH*     Page 3 of 3