## Fw: Horschel v. Bernhardt - deposition of Marlene Eno Hendren

From: Robert Sparks (sparkslawoffice@yahoo.com)

To: seth.beausang@usdoj.gov; carolynsparks@yahoo.com; receptionist.sparkslawoffice@gmail.com; sparkslawoffice@yahoo.com; caborobert1@yahoo.com; dustin.glazier@usdoj.gov

Date: Tuesday, November 10, 2020, 10:23 AM AKST

```
Dear Seth: How does your motion to quash meet the FRCP 11 standard when you fail to
mention this agreement to the court when you filed your motion?  This also appears to
be an issue with your membership in the the Alaska Bar Association for honesty to the
tribunal.

Robert A. Sparks
The Law Office of Robert A. Sparks 1552 Noble Street Fairbanks, Alaska 99701 (907)
451-0875 (907) 451-9385 fax sparkslawoffice@yahoo.com
```

----- Forwarded Message -----
**From:** Beausang, Seth (USAAK) <seth.beausang@usdoj.gov>
**To:** Robert Sparks <sparkslawoffice@yahoo.com>; Carolyn Sparks <carolynsparks@yahoo.com>; Sparks LawOffices <receptionist.sparkslawoffice@gmail.com>; Robert John <caborobert1@yahoo.com>; Crystal Thompson-Bartlett <alaskacrystal@gmail.com>
**Cc:** Dollerhide, Christine (USAAK) <Christine.Dollerhide@usdoj.gov>; Glazier, Dustin (USAAK) <Dustin.Glazier@usdoj.gov>
**Sent:** Tuesday, October 27, 2020, 4:57:21 PM AKDT
**Subject:** RE: Horschel v. Bernhardt - deposition of Marlene Eno Hendren


Robert: 11/17 at 10 am AST?


**From:** Beausang, Seth (USAAK)
**Sent:** Tuesday, October 27, 2020 4:45 PM
**To:** Robert Sparks <sparkslawoffice@yahoo.com>; Carolyn Sparks <carolynsparks@yahoo.com>; Sparks LawOffices <receptionist.sparkslawoffice@gmail.com>; Robert John <caborobert1@yahoo.com>; Crystal Thompson-Bartlett <alaskacrystal@gmail.com>
**Cc:** Dollerhide, Christine (USAAK) <CDollerhide@usa.doj.gov>; Glazier, Dustin (USAAK) <DGlazier@usa.doj.gov>
**Subject:** RE: Horschel v. Bernhardt - deposition of Marlene Eno Hendren


Ok.


**From:** Robert Sparks <sparkslawoffice@yahoo.com>
**Sent:** Tuesday, October 27, 2020 4:44 PM
**To:** Beausang, Seth (USAAK) <SBeausang@usa.doj.gov>; Carolyn Sparks <carolynsparks@yahoo.com>; Sparks LawOffices <receptionist.sparkslawoffice@gmail.com>; sparks archie robert <sparkslawoffice@yahoo.com>; Robert John <caborobert1@yahoo.com>;

Case 4:18-cv-00006-HRH   Document 100-2   Filed 11/12/20   Page 1 of 2

Crystal Thompson-Bartlett <alaskacrystal@gmail.com>
**Subject:** Re: Horschel v. Bernhardt - deposition of Marlene Eno Hendren

Seth: We have a conflict and have to move the depo to 11/17.

```
Robert A. Sparks

The Law Office of Robert A. Sparks 1552 Noble Street Fairbanks, Alaska 99701
(907) 451-0875 (907) 451-9385 fax sparkslawoffice@yahoo.com
```

On Friday, October 23, 2020, 2:25:50 PM AKDT, Beausang, Seth (USAAK) <seth.beausang@usdoj.gov> wrote:

Robert, we can make Ms. Eno-Hendren available on Nov. 10 or 17. While this is after the discovery period, we will not object. Seth

---

**From:** Robert Sparks <sparkslawoffice@yahoo.com>
**Sent:** Thursday, October 22, 2020 1:35 PM
**To:** Carolyn Sparks <carolynsparks@yahoo.com>; Sparks LawOffices <receptionist.sparkslawoffice@gmail.com>; sparks archie robert <sparkslawoffice@yahoo.com>; Beausang, Seth (USAAK) <SBeausang@usa.doj.gov>; Glazier, Dustin (USAAK) <DGlazier@usa.doj.gov>
**Subject:** Horschel v. Bernhardt - deposition of Marlene Eno Hendren

Dear Persons: When can Ms. Marlene Eno Hendren be available for her deposition. We would like to set this deposition up for 11/3/2020. Please let me know if you have any questions.

```
Robert A. Sparks

The Law Office of Robert A. Sparks 1552 Noble Street Fairbanks, Alaska 99701
(907) 451-0875 (907) 451-9385 fax sparkslawoffice@yahoo.com
```

Case 4:18-cv-00006-HRH   Document 100-2   Filed 11/12/20   Page 2 of 2