Robert A. Sparks  
Law Office of Robert A. Sparks  
1552 Noble Street  
Fairbanks, Alaska 99701-6225  
907-451-0875 Telephone  
888-777-4352 FAX  
sparkslawoffice@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ESTHER HORSCHEL, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:18-CV-00006-HRH |
| v. ) | |
| ) | |
| ) | |
| DAVID BERNHARDT ) | PLAINTIFF HORSCHEL'S |
| ) | MOTION TO FILE DOCUMENTS |
| Secretary of the DEPARTMENT OF ) | CONTAINING CONFIDENTIAL |
| THE INTERIOR, ) | MEDICAL INFORMATION UNDER |
| ) | SEAL |
| Defendant. ) | |

Plaintiff Esther Horschel, pursuant to local rule 7.3(f) seeks to have Plaintiff Esther Horschel's highly confidential medical records filed as attachment 1 to Steven Scordino's affidavit at docket number 97, to be filed under seal.

DATED this 12th day of November, 2020, at Fairbanks, Alaska.

THE LAW OFFICE OF ROBERT A. SPARKS

/s/ Robert A. Sparks
Robert A. Sparks
Attorney for Plaintiff
Esther Horschel
Membership No.: 8611139

CERTIFICATE OF SERVICE

I hereby certify that a true copy of
the above document was served
electronically on the following:

Seth M. Beausang, Assistant U.S. Attorneys
U.S. Attorney for the District of Alaska
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 9513

this 12th day of November, 2020.
LAW OFFICE OF ROBERT A. SPARKS

   /s/ Robert A. Sparks

Plaintiff's Opposition
page 2