Robert A. Sparks  
Law Office of Robert A. Sparks  
1552 Noble Street  
Fairbanks, Alaska 99701-6225  
907-451-0875 Telephone  
888-777-4352 FAX  
sparkslawoffice@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ESTHER HORSCHEL, | ) | |
| Plaintiff, | ) | Case No. 4:18-CV-00006-HRH |
| v. | ) | |
| | ) | |
| DEB HAALAND, | ) | PLAINTIFF HORSCHEL'S |
| | ) | MOTION TO SEAL CONFIDENTIAL |
| Secretary of the DEPARTMENT OF | ) | EXHIBITS TO PLAINTIFF'S |
| | ) | OPPOSITION TO DEFENDANT'S |
| THE INTERIOR, | ) | DEFENDANTS MOTION FOR |
| | ) | SUMMARY JUDGMENT |
| Defendant. | ) | |

Plaintiff Horschel moves, pursuant to local rule 7.3(f), to seal the following exhibits to her Opposition to the Defendant's Motion for Summary Judgment because they contain confidential medical information about Plaintiff:

| Exhibit | Description |
|---|---|
| 4 | Doctor Affidavit |
| 16 | Esther Horschel Affidavit |
| 57 | Doctor letter |
| 130 | Doctor letter |
| 141 | Doctor Letter |
| 143 | Doctor letter |
| 144 | doctor letter |
| 146 | doctor letter |
| 153A | doctor letter |
| 243 | doctor letter |
| 255 | doctor letter |

Medical records contain private, confidential, and often sensitive information, and courts often order medical records to be filed under seal. United States v. Lopez-Perez, 2021 WL 809396 (E.D. Cal. 2021); (citing United States v. Bradley, 2020 U.S. Dist. LEXIS 119962, *21 (E.D. Cal. July 6, 2020); Johnsen v. Tambe, 2019 U.S. Dist. LEXIS 144715, *2-*5 (W.D. Wash. Aug. 26, 2019).

DATED this 12th day of July, 2021, at Fairbanks, Alaska.

THE LAW OFFICE OF ROBERT A. SPARKS

/s/ Robert A. Sparks
Robert A. Sparks
Attorney for Plaintiff
Esther Horschel
Membership No.: 8611139

CERTIFICATE OF SERVICE

I hereby certify that a true copy of
the above document was served
electronically on the following:

Seth M. Beausang, Assistant U.S. Attorneys
U.S. Attorney for the District of Alaska
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 9513

this 12th day of July, 2021.
LAW OFFICE OF ROBERT A. SPARKS

/s/ Robert A. Sparks

Plaintiff's Motion to Seal Exhibits
page 2